# PD-0858-15

No. _____

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

---

CHRISTOPHER WILEY

V.

THE STATE OF TEXAS

---

From Appeal No. 12-14-00126-CR

Trial No. 241-1239-13

Smith County

FILED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

## FIRST MOTION FOR EXTENSION OF TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Christopher Wiley, Petitioner, and files this Motion pursuant to Texas Rules of Appellate Procedure (TRAP) rule 10.5. Petitioner seeks an extension of sixty (60) days in which to file his Petition for Discretionary Review. In support of this motion, Petitioner shows the Court the following:

I.

The Petitioner was convicted in the 241st District Court of Smith County, Texas, of the offense of Murder in Cause No. 241-1239-13, and brought his direct appeal to the 12th Court of Appeals. The 12th Court of Appeals affirmed Petitioner's conviction on June 17, 2015.

-1-

## II.

The present deadline for filing the Petition for Discretionary Review is on or about July 17, 2015. This is Petitioner's first request for an extension of time to file his Petition for Discretionary Review.

## III.

Petitioner's request for an extention of time is based upon the following facts:

(1) Petitioner was not informed of the decision of the court of appeals affirming his conviction until June 24, 2015, approximately seven (7) days after the opinion was given.

(2) Since that time, Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Austin Reeve Jackson, has informed Petitioner that he is no longer representing him; that his representation is complete.

(3) Petitioner avers that until he finds an attorney to represent him, that is, if he finds one, he is submitting this motion and all other filings pro se. Therefore, Petitioner contends he requires this extended time because he must submit requests for all shepardizing of case law; and for any cases decided after 2009, he must also submit a book loan request - these requests typically take about 2 days to fill, and all such requests are limited to 3 each (i.e., 3 book loans per day or 3 shepards per day). Cases decided after 2009 do not come in bound-volumes and must, therefore, be ordered on "BOOK-LOAN".

(4) Petitioner contends he does not anticipate requesting any other extension to file his petition for discretionary review - an it is even possible he may not use the entire 60 days, however, in abundance of caution, he respectfully requests sixty (60) days extension because Petitioner intends to file the petition for discretionary review because Petitioner honestly believes his issue(s) are meritorious.

(5) Petitioner submits that this motion is submitted in good faith, is not made to delay the proceedings herein, nor harrass or cause unnecessary expenses for Respondent, but to put forth and bring

-2-

this Court a well-researched and reasoned discussion in support of the issues raised in his petition.

(6) Petitioner's case was affirmed in the 12th Court of Appeals, Tyler, Texas and the style was Christopher Wiley v. The State of Texas, cause number 12-14-00126-CR.

(7) Petitioner did not file a motion for rehearing in this case.

PRAYER:

WHEREFORE, Petitioner prays this Honorable Court GRANT this Motion and extend the deadline for filing the Petition for Discretionary Review in case no. _____ to September 15, 2015.

Respectfully Submitted,

Christopher Wiley
TDCJ-ID #1931708
Wayne Scott Unit
6999 Retrieve Rd.
Angleton, TX 77515

Petitioner, pro se

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to File Petition For Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class, to Attorney for the State, Michael J. West, at 4th Floor, Courthouse, 100 North Broadway, Tyler, Texas 75702 on this the _6th_ day of July, 2015

Christopher Wiley
Petitioner, pro se

-3-

I, Christopher Wiley, TDCJ-ID #1931708, being presently incarcerated in the Wayne Scott Unit of the Texas Department of Criminal Justice in Brazoria County, Texas, verify and declare under penalty of perjury that the foregoing statements are tru and correct.

EXECUTED on this the _6th_ day of July, 2015.

Christopher Wiley
TDCJ-ID #1931708
Wayne Scott Unit
6999 Retrieve Rd.
Angleton, TX 77515

-4-